

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2015

No. 04-15-00393-CV

**IN THE INTEREST OF B.M.D.B., J.J.B.JR., K.M.B., AND V.D.C,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01408
Honorable Richard Garcia, Judge Presiding

## O R D E R

Appellee's brief in this accelerated appeal was due September 2, 2015. Appellee has filed a motion for extension of time requesting an additional twenty days to file a brief. We **grant** the motion and **order** appellee's brief filed by **September 22, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court